Joel E. Elkins (SBN 256020)
jelkins@weisslawllp.com
**WEISSLAW LLP**
9100 Wilshire Blvd. #725 E.
Beverly Hills, CA 90210
Telephone: 310/208-2800
Facsimile:  310/209-2348

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MURPHY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COLLECTORS UNIVERSE, INC., A.J. MOYER, JOSEPH J. ORLANDO, BRUCE A. STEVENS, JENNIFER H. LEUER, JON M. SULLIVAN, KATE W. DUCHENE, LORRAINE G. BARDEEN, and VINA M. LEITE,<br><br>　　　　　Defendants. | Case No. 21-cv-00040-JLS-KES<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff John Murphy ("Plaintiff") voluntarily dismisses the claims in

- 1 -
NOTICE OF VOLUNTARY DISMISSAL

the captioned action (the "Action").  Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated:  March 23, 2021						**WEISSLAW LLP**

By: /s/ *Joel E. Elkins*

Joel E. Elkins
9100 Wilshire Blvd. #725 E.
Beverly Hills, CA 90210
Telephone:  310/208-2800
Facsimile:   310/209-2348
         -and-
Richard A. Acocelli
1500 Broadway, 16th Floor
New York, NY  10036
Telephone: 212/682-3025
Facsimile:  212/682-3010

*Attorneys for Plaintiff*